IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00245-MSK-KMT

BENJAMIN DAVIS

    Plaintiff,

v.

WILFREDO ANDUJAR, Denver Deputy Sheriff
DONALD TRAVIS, Denver Deputy Sheriff

    Defendants.

---

**MINUTE ORDER**

---

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant


Defendants' "Motion to Vacate and Reset Scheduling and Planning Conference" (#16, filed March 28, 2008) is GRANTED. The Scheduling Conference is reset to **June 23, 2008 at 9:00 a.m.**

Dated: March 31, 2008