IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00245-MSK-KMT

BENJAMIN DAVIS,

    Plaintiff,

v.

WILFREDO ANDUJAR, Denver Deputy Sheriff
DONALD TRAVIS, Denver Deputy Sheriff

    Defendants.

---

**ORDER**

---

This matter is before the court on Plaintiff's "Motion for Leave to File an Amended Complaint, with the Proposed Amendments" [Doc. No. 20, filed April 7, 2008].

There being no objection filed by the defendants, IT IS HEREBY ORDERED:

Plaintiff's Motion for Leave to File an Amended Complaint, with the Proposed Amendments [Doc. No. 20] is GRANTED. The Amended Complaint, currently docketed at Doc. No. 20-2, will hereby be filed.

Dated this 11th day of July, 2008.

                            BY THE COURT:

                            s/ Kathleen M. Tafoya
                            KATHLEEN M. TAFOYA
                            United States Magistrate Judge