IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00245-MSK-KMT

BENJAMIN DAVIS

    Plaintiff,

v.

WILFREDO ANDUJAR, Denver Deputy Sheriff
DONALD TRAVIS, Denver Deputy Sheriff

    Defendants.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge

The "Stipulation and Protective Order" (#38, filed December 12, 2008) is **GRANTED**. The Protective Order will be entered.

Dated: December 22, 2008

                                            BY THE COURT:

                                            s/ Kathleen M. Tafoya
                                            KATHLEEN M. TAFOYA
                                            United States Magistrate Judge