# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 08-cv-00245-MSK-KMT | FTR |
| **Date:** March 04, 2009 | Debra Brown, Deputy Clerk |
| BENJAMIN DAVIS | Pro se (Telephone) |
| Plaintiffs. | |
| v. | |
| WILFREDO ANDUJAR, et al. | Thomas G. Bigler |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTIONS HEARING**

**Court in Session: 10:02 a.m.**

Court calls case. Appearance by Benjamin Davis, Plaintiff, pro se by telephone and of Defendant's counsel in person.

At issue, Request for production of document No. 3:

**ORDERED:** Plaintiff's "Motion to Compel Disclosure, Pursuant to F.R.Civ.P. Rule 37, With Memorandum of Law in Support of Motion to Compel" [Document #43, filed December 31, 2008] is **DENIED.**

**ORDERED:** Discovery is extended to March 12, 2009 for the sole purpose of allowing Plaintiff to submit one (1) additional Interrogatory and one (1) additional Request for Production of Document. Defendant shall have up to March 24, 2009 to respond. Plaintiff shall have ten (10) days after receipt of the response to file any motion, if appropriate.

**Court in recess: 10:27 a.m.**
Total In-Court Time 0:25; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.